# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   CR 21-120WES |
| JAMES WARD JACKSON | ) | |
| | ) | |
| | ) | **RECEIVED** |
| | ) | By Dianna Prete at 12:19 pm, Jul 12, 2022 |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    JAMES WARD JACKSON

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment       ❏ Superseding Indictment       ❏ Information       ❏ Superseding Information       ❏ Complaint

❏ Probation Violation Petition       ❏ Supervised Release Violation Petition       ☑ Violation Notice       ❏ Order of the Court

This offense is briefly described as follows:

Pretrial Release Violation

Date:     07/12/2022

/s/ Martha Saucier

*Issuing officer's signature*

City and state:     Providence, RI

Martha Saucier, Deputy Clerk

*Printed name and title*

---

| Return |
|---|
| This warrant was received on *(date)* 7/12/2022, and the person was arrested on *(date)* 7/14/2022 at *(city and state)* KANSAS |

**WARRANT EXECUTED**
**U.S. MARSHALS SERVICE**

*Arresting officer's signature*   JUL 14 2022

Date: 7/14/2022

**District of Rhode Island**
*Printed name and title*