UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| V. : | Case No.: 1:21-CR-00120-WES-PAS |
| : | |
| JAMES JACKSON : | |

## MOTION TO CONTINUE CALENDAR CALL AND TRIAL

Now comes the Defendant, James Jackson, by and through counsel, and hereby moves this Court to continue the calendar call currently scheduled for November 22, 2022, for a period of sixty (60) days. As grounds, the Defense recently received the Court's order denying his motion to suppress. Mr. Jackson requires some additional time to consider his options of admitting guilt or proceeding to trial. Defense counsel will also be outside the United States from November 18, 2022 to December 1, 2022. If approved, the Defense concedes that any delay associated with this continuance be excluded for speedy trial purposes and is in the interests of justice. The government is aware of and assents to this motion.

Respectfully submitted this 16th day of November 2022.

Respectfully submitted
Defendant,
JAMES JACKSON,
By his Counsel

/s/ John L. Calcagni III, Esq.
John L. Calcagni III (Bar No.: 6809)
Law Office of John L. Calcagni III, Inc.
72 Clifford Street, Third Floor
Providence, RI 02903
Phone: (401) 351.5100
Fax: (401) 351.5101
Email: jc@calcagnilaw.com

## **CERTIFICATION**

  I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 16, 2022.

                /s/ John L. Calcagni III, Esq.
                John L. Calcagni III (Bar No.: 6809)
                Law Office of John L. Calcagni III, Inc.
                72 Clifford Street, Third Floor
                Providence, RI 02903
                Phone:  (401) 351.5100
                Fax:  (401) 351.5101
                Email:  jc@calcagnilaw.com