# SAINT MARY'S CHURCH

538 Broadway, Providence, Rhode Island 02909

Established in 1853

401-274-3434 ♦ StMaryonBroadway.org





**PASTOR**
Rev. Jonathan Romanoski, FSSP
Pastor@StMaryonBroadway.org

**PAROCHIAL VICAR**
Rev. Thu Truong, FSSP
Secretary@StMaryonBroadway.org

**BOOKKEEPER**
Claire Gruneberg
Finance@StMaryonBroadway.org

**CHOIR DIRECTOR**
Rachel Garrepy
ChoirDirector@StMaryonBroadway.org

**HEAD SACRISTAN**
James Forte
Sacristan@StMaryonBroadway.org

**CONFESSIONS**
*30 minutes before each Mass*
Additional times include:
*During Thursday evening Mass
when groups meet
Friday 7:00-8:00 p.m.
During each Sunday Mass*

**DEVOTIONS**
Adoration
*Friday 7:00-8:00 p.m.*

First Saturday Devotions

Rosary
*Weekdays at 6:30 a.m.
Saturday at 8:30 a.m.
Sunday at 8:00 a.m.*

**DIVINE OFFICE**
Terce *Monday-Thursday at 7:45 a.m.*
Vespers *Monday-Friday at 5:00 p.m.*
Compline *Monday-Wednesday at 6:45 p.m.*



*St. Mary's is a Traditional Latin Mass Parish in the Diocese of Providence served by the
Priestly Fraternity of Saint Peter (Fraternitas Sacerdotalis Sancti Petri).
All Masses and Sacraments are offered in accordance with the liturgical books of 1962.*

**EXHIBIT B**

1 of 4

## Week of January 22, 2023

### Mass Times and Intentions

**Sunday, January 22: Third Sunday after Epiphany**
- 7:00 a.m. — Garrepy Family
- 8:30 a.m. — Pro Populo
- 10:30 a.m. (sung) — Rev. Calvin Goodwin (†)

**Monday, January 23: St. Raymond Penafort**
- 7:00 a.m. — Sheila Venditto (†)
- 6:00 p.m. — Fernanda Gonsalves

**Tuesday, January 24: St. Timothy**
- 7:00 a.m. — Charles Aldredge
- 6:00 p.m. — Priest's Intention

**Wednesday, January 25: Conversion of St. Paul**
- 7:00 a.m. — Robert Eddinger (†)
- 6:00 p.m. — Rev. Luis Carlos Moreno, John Moreno Cadavid (†), Maria Meneses de Moreno

**Thursday, January 26: St. Polycarp**
- 7:00 a.m. — Virginia Desmarais (†)
- 6:00 p.m. — Priest's Intention

**Friday, January 27: St. John Chrysostom**
- 11:00 a.m. — Claire Michaud (†)
- 6:00 p.m. — Thanksgiving for Graces Received

**Saturday, January 28: St. Peter Nolasco**
- 9:00 a.m. — Joyce Peters (†)

**Sunday, January 29: Fourth Sunday after Epiphany**
- 7:00 a.m. — Rev. Jonathan Romanoski
- 8:30 a.m. — Pro Populo
- 10:30 a.m. (sung) — Claire Smaldone (†)

*The Sanctuary Lamp this week is burning in memory of parishioners and benefactors*

### Submission of Mass Intentions
To schedule Mass intentions, please go to the Mass Intentions page of the parish website.

### Flocknote
To receive notifications of group meetings and other parish announcements, please sign up for Flocknote. See the bottom right of the parish website's home page.



**Coffee Sunday**

There is Coffee An' in the school after the 8:30 a.m. and 10:30 a.m. Masses, ending by 1:00 p.m. Donations to offset the costs are gratefully accepted. Parishioners are encouraged to bring something to share. Contact Coffee@StMaryonBroadway.org to volunteer with setup. A reminder to kindly clean up after yourselves and to ensure that children are supervised.

### Welcome
Welcome to St. Mary's Church, a Traditional Latin Mass Parish in the Diocese of Providence. If you are here for the first time and unfamiliar with the Rite of Mass, there are missalettes at the church entrances. It is a wonderful edition from St. John Cantius, which has both the ordinary of the Mass for every day and the propers for Sundays. Please return them at the end of Mass.

### Parish Registration
To become a parishioner of St. Mary's, please go to the Register page of the parish website.

### Parish Groups
Further information on Activities page of parish website

**St. Mary's Choir**
ChoirDirector@StMaryonBroadway.org
⇒ contact the Choir Director for practice times/auditions

**Legion of Mary**
LegionofMary@StMaryonBroadway.org
⇒ meets every Saturday at 10:00 a.m.

**Holy Name Society** (men's group)
HolyNameSociety@StMaryonBroadway.org
⇒ meets third Thursday of each month at 7:00 p.m.

**Sodality of Mary, Mother of Mercy** (women's group)
SodalityMMM@StMaryonBroadway.org
⇒ meets second Wednesday of each month at 7:00 p.m.

**Sodality of the Blessed Virgin** (young ladies 14-20)
SodalityBVM@StMaryonBroadway.org
⇒ meets first Saturday of each month at 10:00 a.m.

**Rosa Mystica Girls' Society** (young ladies 9-13)
RosaMystica@StMaryonBroadway.org
⇒ meets first Saturday of each month at 10:00 a.m.

**Little Flowers** (young ladies 5-8)
LittleFlowers@StMaryonBroadway.org
⇒ meets first Saturday of each month at 10:00 a.m.

**St. Stephen's Altar Servers' Guild**
AltarGuild@StMaryonBroadway.org
⇒ meets first Saturday of each month at 10:00 a.m.

**Young Adults' Group**
YoungAdultsGroup@StMaryonBroadway.org
⇒ meets every Wednesday at 7:00 p.m.

**Our Lady of Victory Explorers** (boys 6-17)
Explorers@StMaryonBroadway.org
⇒ contact for information about meeting times

**Cor Ad Cor Book Group**
CorAdCor@StMaryonBroadway.org
⇒ meets every other week

### Votive Mass for Peace
A Votive Mass for Peace will be offered this Monday, **January 23** at both 7:00 a.m. and 6:00 p.m. in reparation and for an end to the slaughter of the innocents by abortion, a sin which cries to heaven for vengeance throughout our country! For Catholics in the US by decree of the bishops' conference, it is a day of penitential observance. Any voluntary penance fulfills this requirement.

### Adult Catechesis
Adult Catechesis continues this Thursday, **January 26** after the 6:00 p.m. Mass with a new topic: *the science of our emotions and their role in our spiritual life*. We will delve into the Thomistic analysis of the topic via the Theology of Christian Perfection by Fr. Antonio Royo-Marin, OP (pp. 248-255). Watch it remotely on our YouTube channel St. Mary on Broadway, FSSP.

### Mass of Reception for Bishop Henning
There will be a Holy Mass of Reception to welcome Bishop Richard G. Henning as Coadjutor Bishop of Providence this Thursday, **January 26** at 2:00 p.m. at the Cathedral of SS. Peter and Paul in Providence. As seating may be limited, attendees are encouraged to arrive at the Cathedral by 1:30 p.m. Self-parking has been reserved at the Convention Center garage for a special rate of $12. Valet parking is available as well at the Omni Providence Hotel for a special rate of $10. As a courtesy, free shuttles will be provided to transport guests between the Omni Hotel and the Cathedral. A public reception with Bishop Henning will follow the Mass at the Omni Hotel from 4:00 p.m. to 6:00 p.m. For more information, please visit dioceseofprovidence.org/jan26.
If you cannot attend, feel free to watch the live stream on the diocesan YouTube channel: youtube.com/DioceseofProvidenceRI.

### Missionary Image of Our Lady of Guadalupe
A missionary copy of the miraculous image of Our Lady of Guadalupe is visiting various churches throughout the diocese of Providence from **January 11** to **February 4**. Learn more and see the schedule on the diocesan website.

### Parish Talks
As each priest is only authorized to teach and preach to the people entrusted to him, parish talks are password-protected. They can be accessed on the Talks page of the parish website. The password is *******
Please note that the password is not included in the website version of the bulletin. If you do not receive the bulletin email and would like the password, please contact the parish office.

### Volunteers Needed
We are in need of volunteers to help keep the house of God clean and dignified. Please contact the parish office if you are able to assist with this most blessed service.

### Parish Support
**Week of January 15, 2023**

| | |
|---|---:|
| Offering/Pew and Mail | $4,122.00 |
| Offering/Online | $1,723.00 |
| Total | $5,845.00 |
| Tower/Debt | $2,750.00 |
| Fuel | $ 115.00 |
| Bulletin Ads | $ 400.00 |

*Thank you for your generosity — May God reward you!*

### Sacramental Preparation Classes Beginning This Sunday
We will begin supplementary classes of preparation for candidates for First Holy Communion and Confirmation beginning this Sunday, **January 22**. Candidates will meet in their respective classes from 9:45 a.m.-10:15 a.m. The classes will meet every Sunday from **January 22 through May**, unless otherwise noted. Please sign up via the following links. Classes are only for those who are registered at St. Mary's.
Sign up here for First Holy Communion. Candidates should be at least 7 years of age by May 2023.
Sign up here for Confirmation. Confirmation candidates should be 12 years of age by May 2023.
First Holy Communion will take place on Sunday, **June 11**, the Sunday of Corpus Christi. The Confirmation date is still to be determined but will most likely occur in May or June.
Adults who have not yet been confirmed should speak to a priest or contact the parish office as soon as possible. Separate preparation classes will be organized for adults.

### St. Mary's Bookstore Now Online
St. Mary's bookstore is now online! Please visit https://church-of-st-marys-bookstore.myshopify.com/ and use password **AveMaria** to view our full inventory of religious goods and books. Customers can place orders during the week to pick up at the bookstore table at Coffee An' after the 10:30 a.m. Mass. No shipping is provided at present. If you have any questions or to arrange another pickup time, please email Juliette at Bookstore@StMaryonBroadway.org.

### Video Guardian Angel
Your video guardian angel is here! Avoid viewing occasions of sin and offenses to God by editing what you watch via VidAngel, a service which allows one to watch movies or shows excluding profanity, indecent scenes, etc. It can be linked to entertainment providers such as Netflix, Amazon Prime, etc.

### Facebook
St. Mary's Facebook page (St. Mary's, FSSP, Catholic Church, Providence, RI) is up and running!

3 of 4

## Prayer List

Please take a moment to pray for those on this list.
Kindly contact Bulletin@StMaryonBroadway.org
to add or remove a name.
We will update the list periodically.

| | |
|---|---|
| Janet Addabbo (†) | Ronald Lewis |
| Bannister Family | Donald & Lois Ludwig (†) |
| Barbosa Family | Ruth Mahoney (†) |
| Bauernhuber Family | Paddy & Keyna McEvoy |
| Rita Beal | Irene McMann (†) |
| George Bedford | Jacob Miller |
| Jane Bollea | Rev. Joseph Tyson Murphy |
| Hillary Brame | Neeland Family |
| Mark & Brittany Caldarone | Bernard Nelson |
| M/M James Cafferky, Sr. | Patricia Nelson |
| Diane Card | Kristine P. |
| Maureen Casey (†) | Philomena Pafume |
| Mrs. Patrick Casso | Donna Peluso |
| Mary Elisabeth Chimeno | Joyce Peters (†) |
| Cheryl/Derek/Tony Chiodi | Sonia Pflieger |
| Robert & Paula Cicerone | Elaine Nelson Reedy |
| Jean/Joseph/Michael Clifford | Jennifer Rivers |
| Eugene Clifford (†) | Ian Robinson (†) |
| Joseph E. Conneally | Chris & Michael Santos |
| George Cupak | Tom Sawey |
| Jeff D. | Jean Siravo (†) |
| Mary Darby | Claire Smaldone (†) |
| James & Kevin Duclos | Warren Steere |
| Alan Farley | Paula St. Germain |
| Deacon Paul Fournier | Stephen St. Germain (†) |
| Rob & Margie Frasier | Laura S. |
| Mayi Gomez | Donna Storti (†) |
| Hagopian Family | Astrid Stott (†) |
| Ayo Henry | John & Carol Symkowicz |
| Hynes Family | Theroux Family |
| Danya Ingenhuett | Matthew Tino |
| Elizabeth & Melodie Kirby | Troiano Family |
| Gary Koblentz | Howard R. Tucker |
| Kwash Family | Sheila Venditto (†) |
| Kevin Leclerc | Kathleen Zannini |
| Robert Leonard (†) | |

**VERO INDUSTRIES**
East Providence/Rumford, Warwick

Buyer of any and all gold/silver items you wish to sell
Call Lee at:
Office: **(401) 434-8900**
Cell: **(401) 480-5994**

We buy:
- Silver, Gold & other precious metals: old, broken, new!
- U.S. Coins
- High School/College Rings, Bracelets, Half Earrings, Chains, Pins, Watches, etc.

We buy it all!
Silverware, Jewelry, Tea/Coffee Sets/Pieces etc.

LIC# 202003-001

---

**Urquhart - Murphy Funeral Home**
**800 Greenwich Avenue, Warwick**
For Information Concerning
Pre-Need or Funeral Planning
**Please Call Us at 401-737-3510**
Edward L. Murphy, Director
Robert L. DeMaula, Director
Matthew J. Burns, Intern


Murphy Funeral Homes

---

**GEORGE L. SANTOPIETRO**
Attorney at Law
(Parishioner of St. Mary's)

226 South Main Street
Providence, RI 02903
401-751-5522

Recognized by peers as a R.I. *Super Lawyer* who demonstrates the highest legal ability and ethical standards in Civil Litigation including Serious injury/Death, Probate, Contract, Criminal and Family Court cases.

### Bulletin Sponsors

Here's your opportunity to advertise in our bulletin! Reach 300+ parish families each week for your business while supporting St. Mary's.

$400/6 mos. (3.5x2) ♦ $250/6 mos. (1.75x2)



For further information:
Finance@StMaryonBroadway.org

4 of 4