**EXHIBIT G**

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
V. : Case No.: 1:21-CR-00120-WES-PAS
:
JAMES JACKSON :

## AFFIDAVIT OF REVEREND THU TRUONG

Under oath I depose and state that:

1. My name is Reverend Thu Truong and I am a Catholic Priest, presently assigned as Associate Priest of St. Mary's Church located at 538 Broadway, Providence RI.
2. By way of background, I am age 35. I was born in Vietnam. I graduated from Vanderbilt University, Tennessee in 2009 and the University of Alabama in Huntsville in 2013. I attended seminary school at Our Lady of Guadalupe Seminary in Denton, Nebraska from 2014 to 2021 and was ordained as a Catholic Priest on May 28, 2021 at North American Martyrs Church in Lincoln, Nebraska.
3. I arrived at St. Mary's Church on July 31, 2021 where I serve as Associate Priest.
4. I am personally acquainted with Father James Jackson. We briefly served together at St. Mary's Church where he was assigned as pastor leading up to October 2021. I know him both personally and professionally from my service as a priest.
5. I am familiar with the physical property, that constitutes St. Mary's Church. The property consists of the actual stone church building that sits on the corner of Broadway and Barton Street in Providence, Rhode Island, and directly adjacent to the church sits the church rectory. The stone church was completed in approximately 1869.
6. The rectory building, established in approximately 1885, is a wooden, yellow in color building that consists of three stories and a basement. This approximately 5700 square foot structure consists of offices and living quarters for those who serve the church, including up to three priests. There is also an office for a church administrator who works, but does not live in the rectory.

7. The first floor of the rectory contains common areas and offices. When you enter the rear entrance of the rectory, there is a central hallway which runs to the front entrance, which faces Broadway. From the rear entrance and on the left, there is a communal kitchen. Directly across the hall on the right is an office. As you proceed further down the hall, there are two additional offices on the left, which are adjacent to one another. Across from those offices and on the opposite side of a staircase that runs through the middle of rectory is an open dining room and living room area, which is common space for the residents of the rectory.

8. The second floor primarily consists of residential living areas for the priests. Each priest has a private bedroom. The pastor's living area is the largest, as it has its own bathroom, as well as a private office, while the other residents share a common bathroom, also located on the second floor. The pastor's room is under lock and key, at his discretion. The second floor also has a common sitting room with a television that is used by the priests during their free time.

9. The third floor and basement of the rectory are presently used for storage.

10. The parking lot adjacent to the rectory is a black asphalt surface lot, primarily used by the priests, church administrators, and parishioners to the rectory.

11. I am familiar with the photographs attached to Defendant's Motion for Reconsideration. I have reviewed the photos, and attest that they are fair and accurate depictions of the interior and exterior of the St. Mary's Church property located at 538 Broadway.

12. These photos represent the physical structures and condition of the church property, as they existed in October 2021.

*Reverend Thu Truong* (signature)

Reverend Thu Truong

## NOTARY CERTIFICATION

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

On the 2ND day of February 2023, before me personally appeared Rev. Thu Truong, known by me to be the party executing the foregoing instrument and he acknowledged said instrument, executed by him, to be his free act and deed.

Claire R Gruneberg (signature)
Notary Public
My Commission Expires: 12/29/24

3

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA          :
                                  :
V.                                :     Case No.: 1:21-CR-00120-WES-PAS
                                  :
JAMES JACKSON                     :

## AFFIDAVIT OF REVEREND JONATHAN ROMANOSKI

Under oath I depose and state that:

1. My name is Reverend Jonathan Romanoski and I am a Catholic Priest, presently assigned as Pastor of St. Mary's Church located at 538 Broadway, Providence RI.

2. By way of background, I am age 43. I was born and raised in Harrisburg, Pennsylvania. I attended college and seminary school at Our Lady of Guadalupe Seminary in Denton, Nebraska from 2001 to 2008 and ordained as a Catholic Priest on May 30, 2008 in the Catholic Cathedral located in Lincoln, Nebraska.

3. I arrived at St. Mary's Church, 27 November 2021, where I serve as Pastor. My term is expected to last six years.

4. I am personally acquainted with Father James Jackson. While we did not serve together at St. Mary's Church, he was assigned here as pastor before me. I know him both personally and professionally from my service as a priest.

5. I am familiar with the physical property, that constitutes St. Mary's Church. The property consists of the actual stone church building that sits on the corner of Broadway and Barton Street in Providence, Rhode Island, and directly adjacent to the church sits the church rectory. The stone church was completed in approximately 1869.

6. The rectory building, established in approximately 1885, is a wooden, yellow in color building that consists of three stories and a basement. This 5700 square foot structure consists of offices and living quarters for those who serve the church, including up to three priests. There is also an office for a church administrator who works, but does not live in the rectory.

7. The first floor of the rectory contains common areas and offices. When you enter the rear entrance of the rectory, there is a hallway which runs down the middle of the floor to the front entrance, which faces Broadway. From the rear entrance and on the left, there is a communal kitchen. Directly across the hall on the right is an office. As you proceed further down the hall, there are two additional offices on the left, which are adjacent to one another. Across from those offices and on the opposite side of a staircase that runs through the middle of rectory is an open dining room and living room area, which is common space for the residents of the rectory.

8. The second floor primarily consists of residential living areas for the priests. Each priest has a private bedroom. The pastor's living area is the largest, as it has its own bathroom, as well as a private office, while the other residents share a common bathroom, also located on the second floor. The pastor's room is under lock and key, at his discretion. The second floor also has a common sitting room with a television that is used by the priests during their free time.

9. The third floor and basement of rectory are presently used for storage.

10. The parking lot adjacent to the rectory is a black asphalt surface lot, primarily used by the priests, church administrators, and parishioners to the rectory.

11. I am familiar with the photographs attached to Defendant's Motion for Reconsideration. I have reviewed the photos, and attest that they are fair and accurate depictions of the interior and exterior of the St. Mary's Church property located at 538 Broadway.

12. These photos were recently taken and represent the physical structures and condition of the church property, as they exist in present time

2

_Rev. Jonathan A. Romanoski_
Reverend Jonathan Romanoski

**NOTARY CERTIFICATION**

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

On the 2ND day of February 2023, before me personally appeared Rev. Jonathan A. Romanoski, known by me to be the party executing the foregoing instrument and he acknowledged said instrument, executed by him, to be his free act and deed.

_Claire R. Gruneberg_
Notary Public
My Commission Expires: 12/29/24

3