

**EXHIBIT U**