

**EXHIBIT V**