# ATTACHMENT A

August 6, 2023

Dear Fr. Lawrence and all members of the FSSP,

The vile sin into which I fell, and for which I am guilty, has caused immeasurable harm. I have sinned against God, children, you, friends and family, former students, and former parishioners and many others besides.

I cannot repair this damage, but I must try. I hope you will accept this apology. I'm sorry at a level I've never experienced before. I'm ashamed beyond any shame I've known.

I will be offering reparations, penances and what good works I can for you, long after I am dismissed from the Fraternity, and praying for you, in a reformed life, until my dying day.

With a broken heart,

Jim Jackson