# ATTACHMENT C











